UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COREY WAYNE BUCK

VERSUS

EAST BATON ROUGE
SHERIFF'S OFFICE, ET AL

CIVIL ACTION

NO. 10-741-BAJ-CN

## RULING

This matter is before the Court on a motion to dismiss defendant, East Baton Rouge Sheriff's Office (doc. 11). Plaintiff has filed no opposition to the motion. Jurisdiction is based on 28 U.S.C. § 1331.

The East Baton Rouge Sheriff's Office is not a legal entity which may be sued. *Ruggiero v. Litchfield*, 700 F.Supp. 863, 865 (M.D.La. 1988). "The State of Louisiana grants no such legal status to any Parish Sheriff's Office." *Wetzel v. St Tammany Parish Jail*, 610 F.Supp.2d 545, 548 (E.D.La. 2009).

Accordingly, the motion (doc. 11) is **GRANTED**, and **IT IS ORDERED** that all claims purportedly asserted against the East Baton Rouge Parish Sheriff's Office are hereby **DISMISSED** with prejudice.

Baton Rouge, Louisiana, April 29, 2011.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA